IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CHI'QUITA J., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-1577 (RDA/LRV) |
| ) | |
| FRANK A. BISIGNANO, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter comes before the Court upon its review of the docket following the reassignment of this case to this District Judge. Currently pending, is a Report and Recommendation (Dkt. 14) (the "Recommendation") issued by Magistrate Judge Lindsey R. Vaala on August 14, 2025 as well as the parties' cross-motions for summary judgment (Dkts. 6, 11). Magistrate Judge Vaala recommends that the Court deny Plaintiff's Motion, grant the Defendant's Motion, and affirm the final decision of the Commissioner. Dkt. 14 at 21. Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting objections to Magistrate Judge Vaala's Recommendation was August 28, 2025. To date, no objections have been filed.

After reviewing the record and Magistrate Judge Vaala's Recommendation, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Recommendation (Dkt. 14).

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").

Accordingly, it is hereby ORDERED that Plaintiff's Motion for Summary Judgment (Dkt. 6) is DENIED; and it is

FURTHER ORDERED that Defendant's Motion for Summary Judgment (Dkt. 11) is GRANTED; and it is

FURTHER ORDERED that the final decision of the Commissioner is AFFIRMED; and it is

FURTHER ORDERED that the Clerk of the Court is DIRECTED to enter Rule 58 judgment in favor of Defendant and against Plaintiff and to place this matter among the ended causes.

It is SO ORDERED.

Alexandria, Virginia
October 15, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge